UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| HSG, LLC d/b/a "HIGH SPEED GEAR" )<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>EDGE-WORKS MANUFACTURING )<br>COMPANY d/b/a "G-CODE" )<br>Defendant. ) | **JUDGMENT**<br><br>No. 7:18-CV-166-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss for failure to state a claim.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 8, 2019, and for the reasons set forth more specifically therein, defendant's motion to dismiss is GRANTED. Plaintiff's claims are DISMISSED WITH PREJUDICE due to res judicata.

**This Judgment Filed and Entered on August 8, 2019, and Copies To:**
Ryan Clifford Fairchild / Thomas Glenn Varnum (via CM/ECF Notice of Electronic Filing)
Benton Louis Toups / Gregory D. Latham / Stephen M. Kepper (via CM/ECF Notice of Electronic Filing)

August 8, 2019                    PETER A. MOORE, JR., CLERK

                                   /s/ Sandra K. Collins
                                  (By) Sandra K. Collins, Deputy Clerk